# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Steven Winslow Lyerly ) | Case No: 1:00CR9-7 |
| ) | USM No: 15807-058 |
| Date of Previous Judgment: 11/2/00 ) | Tanzania C. Cannon-Eckerle & Claire J. Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  121  months **is reduced to**  Time served plus 10 days .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  35          Amended Offense Level:  33
Criminal History Category:  III      Criminal History Category:  III
Previous Guideline Range:  210  to  262  months    Amended Guideline Range:  168  to  210  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  11/2/00  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  May 27, 2008

Signed: May 27, 2008

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge