IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:00CR9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DAVID FRANKLIN RUTHERFORD ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel for an order releasing copies of the Defendant's presentence report and any objections or addendums filed therewith.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of the Defendant's presentence report and related documents is **ALLOWED.** The United States Probation Office is hereby authorized to make available these documents to counsel forthwith.

Signed: June 1, 2009

Lacy H. Thornburg
United States District Judge